# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MISSAEL DIAZ-QUILES (1), <br><br> Defendant. | Case No. 20CR3868-TWR-1 <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED,** that the MOTION HEARING/ TRIAL SETTING in the above captioned matter will be continued from May 28, 2021 at 1:30 P.M., to July 19, 2021 at 1:30PM.

The Court finds good cause that time is excludable in the interests of justice under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

**DATED:** 5/25/2021

*/s/ Todd Robinson*

**HONORABLE TODD W. ROBINSON**
**Judge of the United States District Court**